# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-1561 FMO (PLAx) | Date | May 29, 2018 |
| Title | Marvin A. Walker v. Wells Fargo Bank, N.A., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): Attorney Present for Defendant(s):

None Present     None Present

**Proceedings:**  (In Chambers) Order to Show Cause Re Dismissal for Lack of Prosecution

On April 30, 2018, after granting pro se plaintiff's motion seeking an extension of time to file an opposition to defendants' pending motion to dismiss, (see Dkt. 17, Court's Order of April 3, 2018), the court granted defendants' motion to dismiss. (See Dkt. 22, Court's Order of April 30, 2018, at 1). The court dismissed the Complaint with leave to amend, (see id. at 2), and ordered plaintiff to file an amended complaint no later than May 21, 2018. (See id.). Plaintiff was admonished that failure to timely file an amended complaint could result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. (See id.) (citing Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)). As of the date of this Order, plaintiff has not filed an amended complaint. (See, generally, Dkt.). Nonetheless, the court will grant plaintiff one final opportunity to file an amended complaint.

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff is granted until **June 18, 2018**, to file a First Amended Complaint.

2. Plaintiff is cautioned that failure to timely file a First Amended Complaint shall result in this action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link, 370 U.S. at 629-30, 82 S.Ct. at 1388.

3. Any defendant shall file its Answer to the First Amended Complaint or a motion pursuant to Fed. R. Civ. P. 12 no later than **June 25, 2018**.

4. For purposes of a motion to dismiss, the parties are excused from the meet-and-confer requirement.

00 : 00

Initials of Preparer     vdr