JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN A. WALKER,<br><br>        Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. CV 18-1561 FMO (PLAx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the Mediator's Report of September 27, 2018, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 28th day of September, 2018.

                                                        /s/
                                        Fernando M. Olguin
                                     United States District Judge